Commonwealth *v.* Hammond, Appellant.

Submitted December 6, 1971. *Samuel Smith, Edward C. Harkin*, and *Tabas, Smith & Furlong*, for appellant; *Peter J. Smith* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy Dis-

trict Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.